UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

STEVEN MARK HAYDEN,

          Appellant,

vs.

NONE SPECIFIED,

          Appellee.

Case No. 3:26-cv-118-ART

ORDER
(ECF Nos. 5; 10)

Appellant Steven Hayden moved to extend time to file the certificate of interested parties. (ECF No. 5.) Nevertheless, Appellant successfully met the original deadline to file the certificate on March 9, 2026. (ECF No. 6.) His motion for extension of time is therefore moot.

Appellant further moved to "add/link my existing CM/ECF account to this case so that I may electronically file the appellant's opening brief and appendix in compliance with this Court's scheduling order." (ECF No. 10.) Under Local Rule IC 2-1(b), a pro se litigant may request the court's authorization to register as a filer in a specific case.

IT IS THEREFORE ORDERED that Appellant's motion to extend time to file a certificate of interested parties is denied as moot. (ECF No. 5.) This order shall be without prejudice to any future requests to supplement the certificate.

IT IS FURTHER ORDERED that Appellant's motion to file electronically (ECF No. 10) is granted.

IT IS FURTHER ORDERED that Appellant must familiarize himself with the Local Rules for the Electronic Filing procedures in the District of Nevada; and complete the e-filing registration for the District of Nevada through Manage

1

PACER Account. Links to these items are available at https://www.nvd.uscourts.gov/e-filing-permission/.

Dated this 24th day of March, 2026.

_____

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE